In the Matter of the Application of WILLIAM P. AHLERS, Petitioner, for a Certiorari Order against JOHN F. O'RYAN, Police Commissioner of the City of New York, Respondent.— Order of certiorari to review the determination of police commissioner of the city of New York in dismissing petitioner from position of patrolman in the police department of the city of New York, unanimously dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THEODORE GERSHENWALD and MORRIS STAHL, Copartners, etc., Appellants, v. CARMEL BROS., INC., Respondent.— Action for breach of contract. Order, so far as appealed from, granting defendant's motion for summary judgment under rule 113 of the Rules of Civil Practice, dismissing the complaint upon the merits, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PATRICK O'HAGAN and Others, Respondents, v. OSCAR CARLSON, Secretary of the Marine Firemen's, Oilers' and Watertenders' Union of the Atlantic and Gulf, and Others, Appellants.— Plaintiffs claim they had a contract with defendant, which by its terms could be modified only in a certain way, that defendants did not adopt that way and yet claim that the contract is modified. The action is to enjoin defendants from proceeding upon the modified form of the contract. Order denying defendants' motion for judgment dismissing the complaint on the ground that the court has not jurisdiction of the subject of the action and for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

BENJAMIN WATKINS, Respondent, v. JACOB SCHLIFF, Trading as J. SCHLIFF & SONS, Appellant.— Action to replevy a diamond and emerald bracelet or to recover its value and damages. Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant judgment for defendant.

DUPLAN SILK CORPORATION, Respondent, v. THE MACE MANUFACTURING COMPANY, Appellant.— The complaint states three causes of action, the first for work, labor and services; the second for goods sold and delivered, and the third upon an account stated. Order granting plaintiff's motion to strike out the answer and for summary judgment, and the judgment entered thereon, unanimously reversed, with costs, and the motion denied, with ten dollars costs, upon the ground that questions of fact are involved which cannot be disposed of without a trial. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.